UNITED STATES of America, Plaintiff—Appellee,

v.

Jose Abel ESTRADA–AMBRIZ, a.k.a. Jose Abel Ambriz Estrada, a.k.a. Jose Abel Ruiz, Defendant—Appellant.

No. 11–10336.

United States Court of Appeals, Ninth Circuit.

Submitted June 26, 2012.\*

Filed July 2, 2012.

Ian Garriques, Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Jose Abel Estrada–Ambriz, Post, TX, pro se.

Carolyn Phillips, Esquire, Fresno, CA, for Defendant–Appellant.

Before: SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

## MEMORANDUM \*\*

Jose Abel Estrada–Ambriz appeals from his guilty-plea conviction and 37–month sentence for being a deported alien found in the United States, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

L.Ed.2d 493 (1967), Estrada–Ambriz's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Estrada–Ambriz has filed a pro se supplemental brief. No answering brief has been filed.

Estrada–Ambriz filed a pro se notice of appeal over nine months after the district court entered judgement. Accordingly, we dismiss this appeal as untimely. *See* Fed. R.App. P. 4(b)(1)(A)(i).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.